# IN THE SUPREME COURT OF THE STATE OF NEVADA

WELLS FARGO BANK, N.A.,
Appellant,
vs.
MEI-GSR HOLDINGS, LLC; AND
GRAND SIERRA RESORT UNIT
OWNERS' ASSOCIATION,
Respondents.

No. 70767

**FILED**

MAR 23 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY___S. Young___
DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter involves a legal question certified to this court, under NRAP 5, by the United States District Court for the District of Nevada. Specifically, the U.S. District Court certified the following question to this court:

> Does the rule of *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 334 P.3d 408 (Nev. 2014) that foreclosures under NRS 116.3116 extinguish first security interests apply retroactively to foreclosures which occurred prior to the date of that decision?

In an order entered on March 3, 2017, the U.S. District Court withdrew its order certifying that question in this matter. Accordingly, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc:     Akerman LLP/Las Vegas
        Wright, Finlay & Zak, LLP/Las Vegas
        Alessi & Koenig, LLC/Las Vegas
        Cohen Johnson Parker Edwards
        HOA Lawyers Group, LLC
        Clerk, United States District Court for the District of Nevada